UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TATIANA SHUMKOVA,** | : | **CIV NO. 3:21-CV-1015** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| | : | |
| **VLADIMIR AND ALEXANDER KERCHENTSEV,** | : | |
| | : | |
| **Defendants.** | : | |

## **ORDER**

AND NOW this 9th day of June 2021, in accordance with the accompanying memorandum, IT IS ORDERED pursuant to 28 U.S.C. § 1406(a) that this case is transferred to the United States District Court for the Eastern District of Pennsylvania for all further proceedings.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1